IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE GURO,<br>Plaintiff | CIVIL ACTION |
| VS. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | NO. 09-2155 |

## ORDER

ANITA B. BRODY, J.

AND NOW, this 4th day of January 2010, upon consideration of the plaintiff's request for review and defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED IN PART and DENIED IN PART;

3. The case is REMANDED to the Commissioner in accordance with the fourth sentence of 42 U.S.C. Section 405(g) for proceedings consistent with the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa.

It is so ORDERED
BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ___ to: Copies via US Mail on ___ to: